THE PEOPLE OF THE STATE OF NEW YORK *v.* E. REMINGTON & SONS.

In the Matter of the Claim of the ILION NATIONAL BANK.

(Argued April 29, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made February 3, 1891, which modified, and affirmed as modified, an order of Special Term as to interest upon a dividend due to the petitioner.

*William Kernan* for appellant.

*A. M. Mills* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. THE SOCIETY OF THE NEW YORK HOSPITAL, Respondent, *v.* ELIJAH PURDY et al., Assessors, etc., Appellants.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 8, 1890, which reversed an order of Special Term, dismissing a writ of certiorari, and which sustained said writ.

*W. Popham Platt* for appellant.

*William L. Snyder* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.